# AFFIDAVIT OF PROCESS SERVER

Job # 33481

**Client Info:**

Russell Handy, Esq.
8033 Linda Vista Road, Suite 200
San Diego, CA 92111

**Case Info:**

**PLAINTIFF:**
RAUL URIARTE-LIMON
  -versus-
**DEFENDANT:**
HAGHNAZARZADEH LLC; and Does 1-10

UNITED STATES DISTRICT COURT

County of Central District, California
Court Case # **2:20-CV-05989-DSF (JPRx)**

**Service Info:**

**Date Received by Accurate Serve of Daytona Beach: 7/10/2020** at **10:20 PM**
**Service:** I Served **HAGHNAZARZADEH LLC, a Florida Limited Liability Company c/o MCPEAK REAL ESTATE FIRM INC.**
With: **SUMMONS, COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR VIOLATIONS, CIVIL COVER SHEET,
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM,
STANDING ORDER FOR CASES, NOTICE TO PARTIES, ADA DISABILITY ACCESS LITIGATION, ADVISORY NOTICE TO
DEFENDANT,**
by leaving with **Jim McPeak, REGISTERED AGENT**

**At Business 1463 OAKFIELD DRIVE #122 BRANDON, FL 33511**

Latitude: **27.932904**
Longitude: **-82.305615**

On **7/13/2020** at **12:46 PM**
**Manner of Service: CORPORATE LLC**
PURSUANT TO F.S. Ch. 48.062

**Served Description: (Approx)**

Age: **60**, Sex: **Male**, Race: **White-Caucasian**, Height: **5' 10"**, Weight: **250**, Hair: **Gray** Glasses: **No**

**Military Status:**

**Military Status = No**

**Marital Status:**

Inquired if subject was married and was informed subject was married.

I **Stefanie Neuman** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction
in which this service was made.

Signature of Server:
**Stefanie Neuman**
Lic # **CPS # 16-806422**

**Accurate Serve of Daytona Beach**
1500 Beville Road, Suite 606 #233
Daytona Beach, FL 32114

Client # 2020001580
Job # 33481

SUBSCRIBED AND SWORN to before me this ___14___ day of ___July___ , ___2020___ by **Stefanie Neuman**, Proved to
me on the basis of satisfactory evidence to be the person(s) who appeared before me by [ ] physical presence [ ] online presence.

_____
NOTARY PUBLIC for the state of Florida

JAMI L. FERREI
Notary Public - State of Florida
Commission # GG 910557
My Comm. Expires Jan 3, 2024
Bonded through National Notary Assn.


