# **EXHIBIT 5**

# DATE OF PUBLIC RECORD SEARCH:5/5/2020



09/25/2012          **SPA NAILS**                         **SPA NAILS**

**Clipboard**

**Print or Export**

Filing Type: **Original**
Filing Number: **127330310181**
Filing Date: **09/25/2012**
Filing Time: **12:53:00**

Uriarte-Limon v. Haghnazarzadeh LLC (2:20-cv-05989-DSF-JPR)

Expiration Date: **09/25/2017**
Filing Office Name: **SECRETARY OF STATE/UCC DIVISION**
Filing Office Address: 🌐 1500 - 11TH STREET RM 205, SACRAMENTO, CA 95814 (SACRAMENTO COUNTY)

Debtors:
    Business Name: **PHAM, TRINH VAN**
    Name: **TRINH VAN PHAM [ View Person Record ]**
    Date of Birth: **10/28/1972**
    Current Age: **47**
    Address: 🌐 7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)

    Business Name: **SPA NAILS [ View Business Record ]**
    Name: **SPA NAILS**
    Address: 🌐 1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)

    Business Name: **TRINH VAN PHAM DBA SPA NAILS**
    Name: **TRINH VAN PHAM SPA NAILS**
    Address: 🌐 1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)

Secured Party:
    Business Name: **YLH LLC DBA H CAPITAL [ View Business Record ]**
    Name: **YLH LLC H CAPITAL**
    Address: 🌐 400 KELBY ST, FORT LEE, NJ 07024-2943 (BERGEN COUNTY)

Collateral Items:
    Type: **Unknown Accounts Receivable Unknown**

    Type: **Unknown Accounts Receivable Unknown**

| **10/18/2004** | **SPA NAILS** | **PHAM VAN TRINH** | **1034 N HACIENDA BLVD** |
|---|---|---|---|
| **Clipboard** | | | |
| | | | |
| | | | |
| **Print or Export** | | | |
| | | | |
| | | | |
| | | | |

Owner: **PHAM VAN TRINH**
Business Type: **INDIVIDUAL**
Address: 🌐 **7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)**
Filing Date: **10/18/2004**
Filing Number: **04-2677270**
Address: 🌐 **1034 N HACIENDA BLVD, LA PUENTE, CA 91744 (LOS ANGELES COUNTY)**

- **TRINH PHAM V - 47 Years Old**

- 

- 

- **TRINH PHAM V (06/01/1991 to 09/06/2019)**
- **TRINH V PHAM (05/01/1993 to 04/01/2019)**
- **TRINH VANPHAM (12/01/1995 to 02/07/2018)**
- **TRINH V VANPHAM (08/01/2004 to 08/01/2016)**
- **TRINH CHAN (12/01/1999)**
- **PRINH V PHAM (07/01/1991 to 06/01/1994)**

- Other Observed Names
- **AMY B PHAM (09/01/2000 to 09/06/2019)**
- **AMY PHAN (07/01/2003 to 09/01/2019)**
- **TRINH V THAM (05/01/1993 to 02/24/2016)**
- **TRINH VAN PHAM V (02/04/2007 to 05/07/2015)**
- **TRINH B PHAN (06/01/1994 to 06/11/2009)**
- **AMY CHAN (12/01/1999)**

- SSN: ███████████████
- Issued: **CALIFORNIA 1988**

- <u>Other People who have used this SSN. This does not usually indicate fraud.</u>
- **VAN NGUYEN PHAM [ View Person Record ]**
- **GRTRINH PHAMPHAM [ View Person Record ]**
- **REINALDO LUIS RIEDEL SR [ View Person Record ]**
- **CASARA L SANCHEZ [ View Person Record ]**
- **CHANG THOMPSOM [ View Person Record ]**

- **Dates of Birth**
  ███████████████
  ███████████████
  - Gender: **Female**
  - Dates at Searched Location:
  - **06/01/2003 to 07/30/2017**
  - <u>**Professional Licenses**</u>
  - **[ - ] Collapse**
  - **TRINH VAN PHAM**
  - 🌐 **7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)**
  - **ESTHETICIAN**
  - **California 55177**
  - First Issued: **08/15/2005**
  - Expiration: **08/31/2009**
  - 
  - **TRINH VAN PHAM**
  - 🌐 **7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)**
  - **ESTHETICIAN**
  - **California 55177**
  - First Issued: **08/15/2005**
  - Expiration: **08/31/2011**
  -

- TRINH V PHAM
-  7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)
- BARBERING AND COSMETOLOGY PROGRAM
- California 147779
- First Issued: 06/08/1995
- Expiration: 06/30/2009
-
- TRINH V PHAM
- 7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)
- MANICURISTS
- California 147779
- First Issued: 06/08/1995
- Expiration: 06/30/2011
-
- TRINH VANPHAM
- 1047 W EADS PKWY, LAWRENCEBURG, IN 47025-1162 (DEARBORN COUNTY)
- COSMETOLOGIST
- Texas 1700728
- Expiration: 05/24/2018
-
- TRINH V PHAM
- 3145 EVELYN AVE, ROSEMEAD, CA 91770-2314 (LOS ANGELES COUNTY)
- BEAUTY
-

- **Relationship Diagram**
  **Possible Relatives**



- **Indicators**
- Bankruptcies: **None Found**
- Liens: **2 Found, Latest in 2013**
- Judgments: **None Found**
- Utilities: **2 Found**

- **Cities**
- Alhambra, CA (11/18/2013 to 12/12/2017)
- La Puente, CA (07/2002 to 01/14/2014)
- Monterey Park, CA (03/1991 to 05/01/1993)
- Pomona, CA (09/05/2011)
- Rosemead, CA (07/1991 to 07/30/2017)
- West Covina, CA (03/1991 to 04/03/2020)
- Lawrenceburg, IN (12/2013 to 05/05/2020)
- Covington, KY (09/2000 to 02/2010)
- Taylor Mill, KY (11/1999 to 04/16/2018)
- Henderson, NV (06/2019)

- **[ Show Carriers ]**
  **Possible Phones[Add New Phone]**
- **[ - ] Collapse**
- (812) 717-1368 (ET) (M) (86%) [Feedback]
- (626) 329-8662 (PT) (M) (72%) [Feedback]
- (812) 537-0045 (ET) (L) (68%) [Feedback]
- (626) 679-1992 (PT) (M) (66%) [Feedback]
- (626) 330-6399 (PT) (L) (66%) [Feedback]
- (626) 571-0207 (PT) (L) (66%) [Feedback]
- (626) 280-1276 (PT) (L) (66%) [Feedback]
- (626) 278-0608 (PT) (M) (66%) [Feedback]
- (812) 539-4235 (ET) (L) (66%) [Feedback]
- (626) 917-2038 (PT) (L) (66%) [Feedback]
- (859) 431-4405 (ET) (V) (66%) [Feedback]
- (626) 337-7492 (PT) (L) (66%) [Feedback]
- (626) 782-8195 (PT) (M) (66%) [Feedback]
- (859) 619-0664 (ET) (M) (66%) [Feedback]
- (626) 289-9034 (PT) (L) (66%) [Feedback]
- (626) 782-8196 (PT) (M) (66%) [Feedback]
- (626) 572-9980 (PT) (L) (66%) [Feedback]
- (859) 292-8253 (ET) (L) (66%) [Feedback]
- (626) 782-8193 (PT) (M) (66%) [Feedback]
- (626) 782-8194 (PT) (M) (66%) [Feedback]
- (626) 330-6395 (PT) (V) (66%) [Feedback]
- (626) 872-6518 (PT) (V) (66%) [Feedback]

- (626) 782-1301 (PT) (M) (66%) [Feedback]
- (626) 872-8815 (PT) (M) (66%) [Feedback]
- (513) 633-5692 (ET) (M) (38%) [Feedback]
- (626) 572-7426 (PT) (L) (35%) [Feedback]
- (626) 288-2830 (PT) (L) (22%) [Feedback]
- (626) 242-4191 (PT) (M) (3%) [Feedback]
- (626) 872-1238 (PT) (V) (3%) [Feedback]
- (626) 288-4054 (PT) (L) (3%) [Feedback]
- (626) 675-6143 (PT) (M) (3%) [Feedback]
- (818) 917-2038 (PT) (M) (3%) [Feedback]
- (283) 881-8815 (0%) [Feedback]
- (222) 278-0608 (0%) [Feedback]

- 

**Counties**
- Los Angeles County, CA (03/1991 to 04/03/2020)
- Dearborn County, IN (12/2013 to 05/05/2020)
- Kenton County, KY (11/1999 to 04/16/2018)
- Clark County, NV (06/2019 to 06/2019)

**Possible Email Addresses**
- trinhpham1972@yahoo.com
- 

- **Address History (23 of 23)** 🌐 **Map All Addresses[ Show Carriers ]**
- 
- 🌐⚡ **1323 E MERCED AVE, WEST COVINA, CA 91790-5332 (LOS ANGELES COUNTY)** (03/1991 to 04/03/2020)

- 🌐 **51 WALNUT ST, LAWRENCEBURG, IN 47025-1835 (DEARBORN COUNTY)** (05/2019 to 04/2020)
- 
- 🌐⚡ **1047 W EADS PKWY, LAWRENCEBURG, IN 47025-1162 (DEARBORN COUNTY)** (01/31/2015 to 04/27/2020)

  Current Commercial Phones at address

  - **(812) 537-0045 (ET) - SPA NAILS CITI**
  - **(812) 537-0045 (ET) - NAILS SPA**
- **[ - ] Collapse**
- 
- 🌐⚡ **451 WALNUT ST, LAWRENCEBURG, IN 47025-1858 (DEARBORN COUNTY)** (03/22/2019 to 05/05/2020)
- 
- 🌐 **1037 W EADS PKWY, LAWRENCEBURG, IN 47025-1162 (DEARBORN COUNTY)** (03/24/2020 to 03/24/2020)
- 
- 🌐⚡ **272 GRANTWOOD DR, HENDERSON, NV 89074-4125 (CLARK COUNTY)** (06/2019 to 06/2019)
- Subdivision Name: **SANDCASTLE ESTATE**
-

- **1105 MOUNTAIN WAY, LAWRENCEBURG, IN 47025-2963 (DEARBORN COUNTY)** (12/2015 to 02/12/2019)
  -
- **5039 SANDMAN DR APT 14, TAYLOR MILL, KY 41015-2079 (KENTON COUNTY)** (11/1999 to 04/16/2018)
  - Address contains: **12** apartments

  Current Private Phones at address

    - **(859) 261-1721 (ET) - CHARLIE HUBBARD**
    - **NOT PUBLISHED - ROSE ROGERS**
    - **NOT PUBLISHED - MARK A TEIPEL**
    - **(859) 360-7400 (ET) - L WEST**
  -
- **5039 SANDMAN DR, TAYLOR MILL, KY 41015-4351 (KENTON COUNTY)** (12/1999 to 01/24/2003)
  - Address contains: **12** apartments
  -
- **5039 SANDMAN DR APT 10, TAYLOR MILL, KY 41015-2079 (KENTON COUNTY)** (12/1999 to 01/12/2001)
  - Address contains: **12** apartments
  -
- **1047 S EAST ST, INDIANAPOLIS, IN 46225-1323 (MARION COUNTY)** (01/12/2018 to 01/12/2018)

  Current Commercial Phone at address

    - **(317) 686-9554 (ET) - AUTO SALES BRADFORD**
  -
- **131 N MARGUERITA AVE APT B, ALHAMBRA, CA 91801-2146 (LOS ANGELES COUNTY)** (11/2013 to 12/12/2017)
  - Subdivision Name: **NEW ELECTRIC ROAD**
  - Address contains: **2** apartments

  Current Private Phone at address

    - **(626) 588-2358 (PT) - CHANG HUA SUN**
  -
- **131 N MARGUERITA AVE, ALHAMBRA, CA 91801-2146 (LOS ANGELES COUNTY)** (11/18/2013 to 07/2016)
  - Subdivision Name: **NEW ELECTRIC ROAD**
  - Address contains: **2** apartments
  -
- **7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)** (06/01/2003 to 07/30/2017)
  -
- **16 VILLAGE DR APT 104, LAWRENCEBURG, IN 47025-2742 (DEARBORN COUNTY)** (12/2013 to 03/23/2017)
  - Address contains: **8** apartments
  -
- **16 VILLAGE DR APT 204, LAWRENCEBURG, IN 47025-2742 (DEARBORN COUNTY)** (05/08/2014 to 01/22/2015)
  - Address contains: **8** apartments
  -
- **1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)** (07/2002 to 01/14/2014)
  -
- **1195 S RESERVOIR ST # A, POMONA, CA 91766-3824 (LOS ANGELES COUNTY)** (09/05/2011 to 09/05/2011)
  -

- 🌐🏠 **4313 WINSTON AVE, COVINGTON, KY 41015-1739 (KENTON COUNTY)** (09/2000 to 02/2010)
- 
- 🌐🏠 **3145 EVELYN AVE, ROSEMEAD, CA 91770-2314 (LOS ANGELES COUNTY)** (12/1993 to 08/2009)
- 
- 🌐🏠 **217 S MCPHERRIN AVE, MONTEREY PARK, CA 91754-2889 (LOS ANGELES COUNTY)** (03/1991 to 05/01/1993)
  - Address contains: **1** front unit, **4** apartments
- 
- 🌐🏠 **3336 JACKSON AVE, ROSEMEAD, CA 91770-2232 (LOS ANGELES COUNTY)** (07/1991 to 12/1991)
- 
- 🌐🏠 **604 N CHANDLER AVE APT 3, MONTEREY PARK, CA 91754-1084 (LOS ANGELES COUNTY)** (03/1993 to 03/1993)
  - Address contains: **3** apartments

| 04/03/2020 | PHAM, TRINH | TRINH PHAM | 1047 W EADS PKWY |
|---|---|---|---|

**Clipboard**

**Print or Export**

Score: **86% Likely Active**
TRINH PHAM - [ View Person Record ]
Phone: **(812) 717-1368** - PHAM, TRINH (02/23/2017 to 04/03/2020)
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **ET**
Carrier: **NEW CINGULAR WIRELESS PCS LLC - IL (AT&T MOBILITY)**
Carrier Type: **WIRELESS**
City: **BATESVILLE**
State: **IN**
County: **RIPLEY**
Score: **86**

Address: 🌐 **1047 W EADS PKWY, LAWRENCEBURG, IN 47025-1162 (DEARBORN COUNTY)**

| 04/03/2020 | PHAM, TRINH | TRINH PHAM | 7715 WASOLA ST |
|---|---|---|---|

Score: **66%**
**TRINH PHAM** - [ View Person Record ]
Phone: **(626) 679-1992** - PHAM, TRINH (07/17/2007 to 04/03/2020)
Phone Type: **Mobile**
Listing Type: **Unknown**
Time Zone: **PT**
Carrier: **T-MOBILE USA INC**
Carrier Type: **WIRELESS**
City: **ALHAMBRA**
State: **CA**
County: **LOS ANGELES**
Score: **66**

Address:  **7715 WASOLA ST, ROSEMEAD, CA 91770-3048 (LOS ANGELES COUNTY)**

# Combined Report

Print Report

Email Report

PDF Report

## Close

### 1034 N Hacienda Blvd, La Puente, CA 91744

Property Address:
1034 N Hacienda Blvd
La Puente, CA 91744

**Combined Report**                    **1034 N Hacienda Blvd, La Puente, CA 91744**

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## Property Profile

### 1034 N Hacienda Blvd, La Puente, CA 91744

## Property Information

| | | | |
|---|---|---|---|
| Owner(s): | Haghnazarzadeh Llc | Mailing Address: | 2551 Fernwo |
| Owner Phone: | Unknown | Property Address: | 1034 N Hacie |
| Vesting Type: | N/A | Alt. APN: | |
| County: | Los Angeles | APN: | 8252-021-030 |
| Map Coord: | 48-F4 | Census Tract: | 407601 |
| Lot#: | 1 | Block: | |
| Subdivision: | | Tract: | |
| Legal: | Parcel Map As Per Bk 183 P 6 Of P M Lot 1 | | |

## Property Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Use: | Store Building | Year Built / Eff. : | 1986 / 1986 | Sq. Ft. : | |
| Zoning: | LPC-2* | Lot Size Ac / Sq Ft: | 0.3726 / 16232 | # of Units: | |
| Stories: | 1 | Improvements: | | Parking / #: | |
| Gross Area: | 4975 | Garage Area : | | Basement | |

## Sale and Loan Information

| | | | | | |
|---|---|---|---|---|---|
| Sale / Rec Date: | | *$/Sq. Ft.: | | 2nd Mtg.: | |
| Sale Price: | | 1st Loan: | | Prior Sale Am | |
| Doc No.: | | Loan Type: | | Prior Sale Dat | |
| Doc Type: | | Transfer Date: | | Prior Doc No. | |
| Seller: | | Lender: | | Prior Doc Typ | |

*$/Sq. Ft. is a calculation of Sale Price divided by Sq. Feet.

## Tax Information

| | | | |
|---|---|---|---|
| Imp Value: | $369,619 | Exemption Type: | |
| Land Value: | $458,836 | Tax Year / Area: | 2019 / 13-638 |
| Total Value: | $828,455 | Tax Value: | |
| Total Tax Amt: | $12,250.39 | Improved: | 45% |

### Property Profile                    1034 N Hacienda Blvd, La Puente, CA 91744

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## Transaction History

# 1034 N Hacienda Blvd, La Puente, CA 91744

## Transaction History

To request additional information, please contact your local Sales Representative, Customer Service Department, or for an additional fee you m

| History Record # 1 : | SALE/TRANSFER | | |
|---|---|---|---|
| Buyer: | Haghnazarzadeh Ltd Liability | Seller: | Rouhi-Haghnazar |
| Transaction Date: | 04/02/2004 | Sale Price: | |
| Recording Date: | 04/09/2004 | Sale Price Type: | |
| Recorded Doc #: | 869452 | Title Company: | |
| Document Type: | Deed Transfer | Vesting Type: | N/A |

| History Record # 2 : | SALE/TRANSFER | | |
|---|---|---|---|

Uriarte-Limon v. Haghnazarzadeh LLC (2:20-cv-05989-DSF-JPR)

| | | | |
|---|---|---|---|
| **Buyer:** | Haghnazarzadeh,Yaghub & Rouhi T | **Seller:** | |
| **Transaction Date:** | 01/19/2001 | **Sale Price:** | |
| **Recording Date:** | 01/26/2001 | **Sale Price Type:** | |
| **Recorded Doc #:** | 0000145033 | **Title Company:** | |
| **Document Type:** | Deed Transfer | **Vesting Type:** | N/A |

| | | | |
|---|---|---|---|
| **History Record # 3 :** | **FINANCE** | | |
| **Mortgage Recording Date:** | 11/18/1997 | **Mortgage Transfer Type:** | Refinance |
| **Mortgage Document #:** | 0001825329 | **Mortgage Rate Type:** | Fix |
| **Lender:** | Individual | **Mortgage Term:** | |
| **Document Type:** | Trust Deed/Mortgage | **Vesting Type:** | N/A |
| **Loan Amount:** | $384,000 | **Mortgage Rate:** | |
| **Borrower 1:** | Haghnazarzadeh Joseph | **Borrower 2:** | |
| **Borrower 3:** | | **Borrower 4:** | |

| | | | |
|---|---|---|---|
| **History Record # 4 :** | **SALE/TRANSFER** | | |
| **Buyer:** | Haghnazarzadeh,Josef Tr Et Al | **Seller:** | |
| **Transaction Date:** | 02/12/1993 | **Sale Price:** | |
| **Recording Date:** | 02/19/1993 | **Sale Price Type:** | |
| **Recorded Doc #:** | 0000317698 | **Title Company:** | |
| **Document Type:** | Deed Transfer | **Vesting Type:** | N/A |

### Transaction History         1034 N Hacienda Blvd, La Puente, CA 91744

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## Tax Map

## 1034 N Hacienda Blvd, La Puente, CA 91744

### Tax Map         1034 N Hacienda Blvd, La Puente, CA 91744

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## School Information

## 1034 N Hacienda Blvd, La Puente, CA 91744

### School District: Hacienda La Puente Unified School District

| | | | |
|---|---|---|---|
| District #: 0616325 | | Number of Schools: 3 | |
| **School Name:** | Sierra Vista Middle School | **Grade Span:** | Middle |

Uriarte-Limon v. Haghnazarzadeh LLC (2:20-cv-05989-DSF-JPR)

| | | | |
|---|---|---|---|
| **Address:** | 15801 Sierra Vista Ct La Puente CA 91744 | **Number of Teachers:** | 15 |
| **Phone #:** | 626-933-4000 | **Number of Students:** | 310 |

| | | | |
|---|---|---|---|
| **School Name:** | Baldwin Academy | **Grade Span:** | Primary & Middle |
| **Address:** | 1616 Griffith Ave La Puente CA 91744 | **Number of Teachers:** | 27 |
| **Phone #:** | 626-933-3700 | **Number of Students:** | 721 |

| | | | |
|---|---|---|---|
| **School Name:** | William Workman High School | **Grade Span:** | High |
| **Address:** | 16303 East Temple Ave City Of Industry CA 91744 | **Number of Teachers:** | 50 |
| **Phone #:** | 626-933-8800 | **Number of Students:** | 1165 |

## Private Schools (within 5 miles)

| | | | |
|---|---|---|---|
| **School Name:** | St Joseph Elementary School | **Grade Span:** | Elementary |
| **Address:** | 15650 Temple Ave La Puente CA 91744 | **Distance:** | 0.72 mi. |
| **Phone #:** | 626-336-2821 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Delhaven Preschool | **Grade Span:** | Elementary |
| **Address:** | 15302 Francisquito Ave La Puente CA 91744 | **Distance:** | 0.79 mi. |
| **Phone #:** | 626-917-6456 | | |

| | | | |
|---|---|---|---|
| **School Name:** | New Montessori School | **Grade Span:** | Elementary |
| **Address:** | 15243 Nelson Ave La Puente CA 91744 | **Distance:** | 0.92 mi. |
| **Phone #:** | 626-369-4335 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Sunset Christian School | **Grade Span:** | Elementary |
| **Address:** | 400 N Sunset Ave La Puente CA 91744 | **Distance:** | 1.17 mi. |
| **Phone #:** | 626-336-1206 | | |

| | | | |
|---|---|---|---|
| **School Name:** | St Stephen Pre School Academy | **Grade Span:** | Elementary |
| **Address:** | 1718 Walnut Ave La Puente CA 91744 | **Distance:** | 1.2 mi. |

| | | | |
|---|---|---|---|
| **Phone #:** | 626-918-0796 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Calvary Christian School | **Grade Span:** | Other |
| **Address:** | 14655 Nelson Ave La Puente CA 91744 | **Distance:** | 1.21 mi. |
| **Phone #:** | 626-330-0197 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Kindercare Learning Centers Inc 465 | **Grade Span:** | Elementary |
| **Address:** | 830 W Merced Ave West Covina CA 91790 | **Distance:** | 1.35 mi. |
| **Phone #:** | 626-918-5608 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Bishop Amat High School | **Grade Span:** | Secondary |
| **Address:** | 14301 Fairgrove Ave La Puente CA 91746 | **Distance:** | 1.41 mi. |
| **Phone #:** | 626-962-2495 | | |

| | | | |
|---|---|---|---|
| **School Name:** | St Louis Of France School | **Grade Span:** | Elementary |
| **Address:** | 13901 Temple Ave La Puente CA 91746 | **Distance:** | 1.81 mi. |
| **Phone #:** | 626-918-6210 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Straight Way | **Grade Span:** | Elementary |
| **Address:** | 1912 W Merced Ave West Covina CA 91790 | **Distance:** | 1.87 mi. |
| **Phone #:** | 626-813-2690 | | |

| | | | |
|---|---|---|---|
| **School Name:** | St Martha's School | **Grade Span:** | Elementary |
| **Address:** | 440 N Azusa Ave La Puente CA 91744 | **Distance:** | 2.07 mi. |
| **Phone #:** | 626-964-1093 | | |

| | | | |
|---|---|---|---|
| **School Name:** | United Christian Education Center | **Grade Span:** | Elementary |
| **Address:** | 16152 Gale Ave Hacienda Heights CA 91745 | **Distance:** | 2.12 mi. |
| **Phone #:** | 626-336-3334 | | |

| School Name: | St Christopher Parish School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 900 W Christopher St West Covina CA 91790 | Distance: | 2.18 mi. |
| Phone #: | 626-960-3079 | | |

| School Name: | South Hills Academy | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 1600 E Francisquito Ave West Covina CA 91791 | Distance: | 2.29 mi. |
| Phone #: | 626-919-2000 | | |

| School Name: | West Covina Education Center | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 2009 W Garvey Ave N West Covina CA 91790 | Distance: | 2.37 mi. |
| Phone #: | 626-962-6972 | | |

| School Name: | Dove Day School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 502 S Lark Ellen Ave West Covina CA 91791 | Distance: | 2.67 mi. |
| Phone #: | 626-919-1417 | | |

| School Name: | East Valley Sda School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 3554 Maine Ave Baldwin Park CA 91706 | Distance: | 2.92 mi. |
| Phone #: | 999-999-9999 | | |

| School Name: | Creative Corners School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 13656 Lomitas Ave La Puente CA 91746 | Distance: | 2.98 mi. |
| Phone #: | 626-330-3725 | | |

| School Name: | Mid Valley Learning Centers Inc | Grade Span: | Secondary |
|---|---|---|---|
| Address: | 13940 Merced Ave Baldwin Park CA 91706 | Distance: | 3.05 mi. |
| Phone #: | 626-813-2055 | | |

| School Name: | St John The Baptist School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 3870 Stewart Ave Baldwin Park CA 91706 | Distance: | 3.23 mi. |

| | | | |
|---|---|---|---|
| **Phone #:** | 626-337-1421 | | |

| | | | |
|---|---|---|---|
| **School Name:** | West Covina Christian School | **Grade Span:** | Elementary |
| **Address:** | 763 N Sunset Ave West Covina CA 91790 | **Distance:** | 3.33 mi. |
| **Phone #:** | 626-962-7080 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Morning Star Christian School | **Grade Span:** | Other |
| **Address:** | 15716 Tetley St Hacienda Heights CA 91745 | **Distance:** | 3.35 mi. |
| **Phone #:** | 626-333-7784 | | |

| | | | |
|---|---|---|---|
| **School Name:** | St Mark's Lutheran School | **Grade Span:** | Elementary |
| **Address:** | 2323 Las Lomitas Dr Hacienda Heights CA 91745 | **Distance:** | 3.41 mi. |
| **Phone #:** | 626-968-0428 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Kindercare Learning Centers Inc 1065 | **Grade Span:** | Elementary |
| **Address:** | 3443 S Nogales St West Covina CA 91792 | **Distance:** | 3.66 mi. |
| **Phone #:** | 999-999-9999 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Molokan Elementary School | **Grade Span:** | Elementary |
| **Address:** | 16222 Soriano Dr Hacienda Heights CA 91745 | **Distance:** | 3.78 mi. |
| **Phone #:** | 626-336-5958 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Jubilee Christian School | **Grade Span:** | Elementary |
| **Address:** | 1211 E Badillo St West Covina CA 91790 | **Distance:** | 3.79 mi. |
| **Phone #:** | 626-732-1500 | | |

| | | | |
|---|---|---|---|
| **School Name:** | Christ Lutheran School | **Grade Span:** | Elementary |
| **Address:** | 311 S Citrus St West Covina CA 91791 | **Distance:** | 3.92 mi. |
| **Phone #:** | 626-967-7531 | | |

| School Name: | Creative Planet School Of The Arts | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 4428 Stewart Ave Baldwin Park CA 91706 | Distance: | 3.93 mi. |
| Phone #: | 626-442-1253 | | |

| School Name: | Sacred Heart Elementary | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 360 W Workman St Covina CA 91723 | Distance: | 3.97 mi. |
| Phone #: | 626-332-7222 | | |

| School Name: | Discovery Montessori Preschool Kindergarten | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 2451 E Garvey Ave N West Covina CA 91791 | Distance: | 4.04 mi. |
| Phone #: | 626-339-6311 | | |

| School Name: | Acacia Montessori Center | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 450 W Rowland St Covina CA 91723 | Distance: | 4.05 mi. |
| Phone #: | 626-966-9356 | | |

| School Name: | Kindercare Learning Centers Inc 219 | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 4514 N Lark Ellen Ave 300219 Covina CA 91722 | Distance: | 4.32 mi. |
| Phone #: | 999-999-9999 | | |

| School Name: | Covina Gateway Montessori School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 344 E Rowland St Covina CA 91723 | Distance: | 4.64 mi. |
| Phone #: | 626-967-0044 | | |

| School Name: | Oxford School | Grade Span: | Other |
|---|---|---|---|
| Address: | 18760 Colima Rd Rowland Heights CA 91748 | Distance: | 4.8 mi. |
| Phone #: | 626-964-9588 | | |

| School Name: | Walnut Valley Montessori School | Grade Span: | Elementary |
|---|---|---|---|
| Address: | 650 Camino De Teodoro Walnut CA 91789 | Distance: | 4.91 mi. |

| | | | |
|---|---|---|---|
| **Phone #:** | 909-598-5936 | | |
| | | | |
| **School Name:** | Grace Garden Education Center | **Grade Span:** | Elementary |
| **Address:** | 4126 Peck Rd El Monte CA 91732 | **Distance:** | 4.91 mi. |
| **Phone #:** | 626-401-2489 | | |
| | | | |
| **School Name:** | First Baptist Preschool | **Grade Span:** | Elementary |
| **Address:** | 200 N 2Nd Ave Covina CA 91723 | **Distance:** | 4.93 mi. |
| **Phone #:** | 626-332-5875 | | |

**School Information**          **1034 N Hacienda Blvd, La Puente, CA 91744**

All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof.

## Neighbors

# 1034 N Hacienda Blvd, La Puente, CA 91744

## Neighbors

| **Address:** | 15418 Klamath St, La Puente, CA 91744 | **Owner(s):** | Razo Ramon M Raz |
|---|---|---|---|
| **APN:** | 8252-021-004 | **Sale Amount:** | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** 960 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** 1 | **Lot Size:** |

| **Address:** | 15424 Klamath St, La Puente, CA 91744 | **Owner(s):** | Razo Jose Razo Ma |
|---|---|---|---|
| **APN:** | 8252-021-005 | **Sale Amount:** | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** 960 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** 1 | **Lot Size:** |

| **Address:** | 15421 Klamath St, La Puente, CA 91744 | **Owner(s):** | Lara Alma |
|---|---|---|---|
| **APN:** | 8252-016-015 | **Sale Amount:** $135,000 | **Sale Dat** |
| **Beds / Baths:** | 3 / 2 | **Square Feet:** 1,110 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** 1 | **Lot Size:** |

| **Address:** | 15430 Klamath St, La Puente, CA 91744 | **Owner(s):** | Quinones Jr Rey Qu |
|---|---|---|---|
| **APN:** | 8252-021-006 | **Sale Amount:** $128,500 | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** 1,100 | **Year Bui** |

| Use Code: | SFR | # Units: | 1 | Lot Size: |
| --- | --- | --- | --- | --- |

| Address: | 15427 Klamath St, La Puente, CA 91744 | Owner(s): | Suarez Ismael J | |
| --- | --- | --- | --- | --- |
| APN: | 8252-016-014 | Sale Amount: | $67,000 | Sale Dat |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Bui |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 15436 Klamath St, La Puente, CA 91744 | Owner(s): | Fuentes Jorge | |
| --- | --- | --- | --- | --- |
| APN: | 8252-021-007 | Sale Amount: | $215,000 | Sale Dat |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Bui |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1055 N Stimson Ave, La Puente, CA 91744 | Owner(s): | Gallo Rene Gallo N | |
| --- | --- | --- | --- | --- |
| APN: | 8252-016-013 | Sale Amount: | $141,500 | Sale Dat |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Bui |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1065 N Stimson Ave, La Puente, CA 91744 | Owner(s): | Tinoco Jose Robert | |
| --- | --- | --- | --- | --- |
| APN: | 8252-016-012 | Sale Amount: | $310,000 | Sale Dat |
| Beds / Baths: | 5 / 3 | Square Feet: | 1,684 | Year Bui |
| Use Code: | DUPLEX | # Units: | 1 | Lot Size: |

| Address: | 15440 Klamath St, La Puente, CA 91744 | Owner(s): | Ayala Felipe | |
| --- | --- | --- | --- | --- |
| APN: | 8252-021-008 | Sale Amount: | $91,000 | Sale Dat |
| Beds / Baths: | 5 / 3 | Square Feet: | 2,017 | Year Bui |
| Use Code: | SFR | # Units: | 2 | Lot Size: |

| Address: | 1069 N Stimson Ave, La Puente, CA 91744 | Owner(s): | Friedman Anita A | |
| --- | --- | --- | --- | --- |
| APN: | 8252-016-011 | Sale Amount: | | Sale Dat |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Bui |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 15504 Klamath St, La Puente, CA 91744 | Owner(s): | Vargas Juan M Var | |
| --- | --- | --- | --- | --- |
| APN: | 8252-021-009 | Sale Amount: | | Sale Dat |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Bui |

| | | | | | |
|---|---|---|---|---|---|
| **Use Code:** | SFR | **# Units:** | 1 | **Lot Size:** | |

| | | | |
|---|---|---|---|
| **Address:** | 1075 N Stimson Ave, La Puente, CA 91744 | **Owner(s):** | Rico Jesus & Teres |
| **APN:** | 8252-016-010 | **Sale Amount:** | $10,000 | **Sale Dat** |
| **Beds / Baths:** | 5 / 4 | **Square Feet:** | 1,900 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** | 2 | **Lot Size:** |

| | | | |
|---|---|---|---|
| **Address:** | 1052 N Stimson Ave, La Puente, CA 91744 | **Owner(s):** | Mendez Jose |
| **APN:** | 8252-017-024 | **Sale Amount:** | $128,500 | **Sale Dat** |
| **Beds / Baths:** | 5 / 2 | **Square Feet:** | 1,920 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** | 1 | **Lot Size:** |

| | | | |
|---|---|---|---|
| **Address:** | 1033 Fickewirth Ave, La Puente, CA 91744 | **Owner(s):** | Garcia Antonio Gar |
| **APN:** | 8252-021-011 | **Sale Amount:** | $171,000 | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** | 960 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** | 1 | **Lot Size:** |

| | | | |
|---|---|---|---|
| **Address:** | 1060 N Stimson Ave, La Puente, CA 91744 | **Owner(s):** | Sandoval Ramiro Sa |
| **APN:** | 8252-017-023 | **Sale Amount:** | $112,000 | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** | 960 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** | 1 | **Lot Size:** |

| | | | |
|---|---|---|---|
| **Address:** | 1027 Fickewirth Ave, La Puente, CA 91744 | **Owner(s):** | Suarez Guillermo C |
| **APN:** | 8252-021-012 | **Sale Amount:** | $260,000 | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** | 960 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** | 1 | **Lot Size:** |

| | | | |
|---|---|---|---|
| **Address:** | 1079 N Stimson Ave, La Puente, CA 91744 | **Owner(s):** | Romero Raul Rome |
| **APN:** | 8252-016-009 | **Sale Amount:** | $191,000 | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** | 1,120 | **Year Bui** |
| **Use Code:** | SFR | **# Units:** | 1 | **Lot Size:** |

| | | | |
|---|---|---|---|
| **Address:** | 15512 Klamath St, La Puente, CA 91744 | **Owner(s):** | Rubio Baldemar Ru |
| **APN:** | 8252-021-010 | **Sale Amount:** | $175,000 | **Sale Dat** |
| **Beds / Baths:** | 3 / 1 | **Square Feet:** | 960 | **Year Bui** |

| Use Code: | SFR | # Units: | 1 | Lot Size: |
|---|---|---|---|---|

| Address: | 1021 Fickewirth Ave, La Puente, CA 91744 | Owner(s): | Rivera Yvonne | |
|---|---|---|---|---|
| APN: | 8252-021-013 | Sale Amount: | $425,000 | Sale Date: |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Built: |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1068 N Stimson Ave, La Puente, CA 91744 | Owner(s): | Robles Olvera Fern... | |
|---|---|---|---|---|
| APN: | 8252-017-002 | Sale Amount: | $130,000 | Sale Date: |
| Beds / Baths: | 4 / 2 | Square Feet: | 1,280 | Year Built: |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1015 Fickewirth Ave, La Puente, CA 91744 | Owner(s): | Alvarado Gabriel | |
|---|---|---|---|---|
| APN: | 8252-021-014 | Sale Amount: | $41,000 | Sale Date: |
| Beds / Baths: | 3 / 1 | Square Feet: | 1,200 | Year Built: |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 15513 Klamath St, La Puente, CA 91744 | Owner(s): | Hernandez Jaime H | |
|---|---|---|---|---|
| APN: | 8252-017-022 | Sale Amount: | $129,000 | Sale Date: |
| Beds / Baths: | 3 / 1 | Square Feet: | 1,015 | Year Built: |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1085 N Stimson Ave, La Puente, CA 91744 | Owner(s): | Roque Jorge O Roc... | |
|---|---|---|---|---|
| APN: | 8252-016-008 | Sale Amount: | $390,000 | Sale Date: |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Built: |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1074 N Stimson Ave, La Puente, CA 91744 | Owner(s): | Angulo Manuel H A... | |
|---|---|---|---|---|
| APN: | 8252-017-001 | Sale Amount: | $132,000 | Sale Date: |
| Beds / Baths: | 3 / 1 | Square Feet: | 960 | Year Built: |
| Use Code: | SFR | # Units: | 1 | Lot Size: |

| Address: | 1022 Gaylawn Ct, La Puente, CA 91744 | Owner(s): | Torres Graciela M | |
|---|---|---|---|---|
| APN: | 8472-038-025 | Sale Amount: | | Sale Date: |
| Beds / Baths: | 3 / 1 | Square Feet: | 1,023 | Year Built: |

| Use Code: | SFR | # Units: | 1 | Lot Size: |
|---|---|---|---|---|

**Limitation of Liability for Informational Report**

**IMPORTANT – READ CAREFULLY:** THIS REPORT IS NOT AN INSURED PRODUCT OR SERVICE OR A REPRESENTATION OF THE CONDITION OF TITLE TO REAL PROPERTY. IT IS NOT AN ABSTRACT, LEGAL OPINION, OPINION OF TITLE, TITLE INSURANCE COMMITMENT OR PRELIMINARY REPORT, OR ANY FORM OF TITLE INSURANCE OR GUARANTY. THIS REPORT IS ISSUED EXCLUSIVELY FOR THE BENEFIT OF THE APPLICANT THEREFOR, AND MAY NOT BE USED OR RELIED UPON BY ANY OTHER PERSON. THIS REPORT MAY NOT BE REPRODUCED IN ANY MANNER WITHOUT FIRST AMERICAN'S PRIOR WRITTEN CONSENT. FIRST AMERICAN DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION HEREIN IS COMPLETE OR FREE FROM ERROR, AND THE INFORMATION HEREIN IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND, AS-IS, AND WITH ALL FAULTS. AS A MATERIAL PART OF THE CONSIDERATION GIVEN IN EXCHANGE FOR THE ISSUANCE OF THIS REPORT, RECIPIENT AGREES THAT FIRST AMERICAN'S SOLE LIABILITY FOR ANY LOSS OR DAMAGE CAUSED BY AN ERROR OR OMISSION DUE TO INACCURATE INFORMATION OR NEGLIGENCE IN PREPARING THIS REPORT SHALL BE LIMITED TO THE FEE CHARGED FOR THE REPORT. RECIPIENT ACCEPTS THIS REPORT WITH THIS LIMITATION AND AGREES THAT FIRST AMERICAN WOULD NOT HAVE ISSUED THIS REPORT BUT FOR THE LIMITATION OF LIABILITY DESCRIBED ABOVE. FIRST AMERICAN MAKES NO REPRESENTATION OR WARRANTY AS TO THE LEGALITY OR PROPRIETY OF RECIPIENT'S USE OF THE INFORMATION HEREIN.

**Neighbors**                                          **1034 N Hacienda Blvd, La Puente, CA 91744**
©2005-2020 First American Financial Corporation and/or its affiliates. All rights reserved.

**11/14/2003**                    **HAGHNAZARZADEH LLC**                              **1034 N HACIENDA**

**Clipboard**

**Print or Export**

APN: **8252-021-030**
APN Sequence Number: **001**
🌐 **1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)**
Legal Description: **PARCEL MAP AS PER BK 183 P 6 OF P M LOT 1**
Building Square Feet: **4,975**
Land Square Feet: **16,232**
Year Built: **1986**

Latest Tax Roll/Assessment Information
Tax Year: **2018**
Tax Amount: **$11,674.55**
Assessed Year: **2019**
Assessed Value: **$828,455**
Sale Date: **11/14/2003**
Sale Amount: **$260,000**
Document Number: **366195**
Total Value: **$828,455**

Uriarte-Limon v. Haghnazarzadeh LLC (2:20-cv-05989-DSF-JPR)

Land Value: **$458,836**
Improvement Value: **$369,619**

**Most Current Ownership Information - 11/14/2003**

Owner: **HAGHNAZARZADEH LLC**
Address: 🌐 **521 N MOUNTAIN AVE STE E, UPLAND, CA 91786-8517 (SAN BERNARDINO COUNTY)**
Mailing Address: 🌐 **521 N MOUNTAIN AVE STE E, UPLAND, CA 91786-8517 (SAN BERNARDINO COUNTY)**
Seller: **YAGHUB HAGHNAZARZADEH**
Seller: **ROUHI HAGHNAZARZADEH**
🌐 1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)
Owner Ownership Rights: **Company/Corporation**
Business Name: **HAGHNAZARZADEH LLC**
Recording Date: **04/09/2004**
Sale Date: **11/14/2003**
Sale Code: **Unknown**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale, Cash Purchase**
Universal Land Use: **Store Building**
Property Indicator: **Retail**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**
Title Company Name: **ATTORNEY ONLY**
Document Number: **869452**

Mortgage
**No Mortgage**
Recording Date: **04/09/2004**
Document Number: **869452**
Registry Entries:
Document Type: **Deed**
Document Number: **000000869452**
Transaction Type: **Nominal**
Batch Id: **20040419**
Batch Sequence: **00892**
Recording Date: **04/09/2004**

**Previous Ownership Information - 01/03/2001**

Owner: **MICHAEL HAGHNAZARZADEH** [ View Person Record ]
Address: 🌐 **910 SAN VICENTE BLVD, SANTA MONICA, CA 90402-2004 (LOS ANGELES COUNTY)**
Mailing Address: 🌐 **910 SAN VICENTE BLVD, SANTA MONICA, CA 90402-2004 (LOS ANGELES COUNTY)**
Seller: **TRUST HAGHNAZARZADEH**
🌐 1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)
Owner Relationship Type: **Single Man**
Recording Date: **02/21/2001**
Sale Date: **01/03/2001**
Sale Code: **Unknown**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale, Cash Purchase**
Universal Land Use: **Store Building**

Property Indicator: **Retail**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**
Document Number: **287283**

Mortgage
**No Mortgage**
Recording Date: **02/21/2001**
Document Number: **287283**
Registry Entries:
Document Type: **Quit Claim**
Document Number: **000000287283**
Transaction Type: **Nominal**
Batch Id: **20010305**
Batch Sequence: **01209**
Recording Date: **02/21/2001**


**Previous Ownership Information**

Owner: **JOSEPH HAGHNAZARZADEH**
Address: 🌐 **N/AVAIL, NORTH HOLLYWOOD, CA 91606 (LOS ANGELES COUNTY)**
Mailing Address: 🌐 **N/AVAIL, NORTH HOLLYWOOD, CA 91606 (LOS ANGELES COUNTY)**
🌐 1034 N HACIENDA BLVD, LA PUENTE, CA 91744-2019 (LOS ANGELES COUNTY)
Recording Date: **11/18/1997**
Universal Land Use: **Store Building**
Property Indicator: **Retail**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**
Document Number: **1825329**

Mortgage
Lender: **NEDJATOLLAH GABBAIE**
Lender Address: 🌐 **547 N KINGS RD, LOS ANGELES, CA 90048-6005 (LOS ANGELES COUNTY)**
Mortgage Amount: **$384,000**
Mortgage Loan Type: **Private Party Lender**
Mortgage Deed Type: **Deed of Trust**
Mortgage Date: **11/18/1997**
Recording Date: **11/18/1997**
Private Party Lender: **Y**
Mtg Sec Cat: **Private Party, Fixed, Refinance**
Refi Flag: **Loan to Value is More Than 50%**
Document Number: **1825329**
Registry Entries:
Document Type: **Deed of Trust**
Document Number: **000001825329**
Transaction Type: **Refinance**
Batch Id: **19360207**
Batch Sequence: **49238**
Recording Date: **11/18/1997**

Uriarte-Limon v. Haghnazarzadeh LLC (2:20-cv-05989-DSF-JPR)

APN: **6170-008-015**
APN Sequence Number: **001**
🌐 **2551 FERNWOOD AVE, LYNWOOD, CA 90262-1744 (LOS ANGELES COUNTY)**
🌐 **PO BOX 2551, LYNWOOD, CA 90262 (LOS ANGELES COUNTY)**
Subdivision Name: **921**
Legal Description: **TRACT NO 921 LOTS 2,3,4,8 AND 9 AND SW 84 FT OF LOTS 5,6 AND LOT 7**
Building Square Feet: **10,074**
Land Square Feet: **37,322**
Year Built: **1961**

Latest Tax Roll/Assessment Information
Tax Year: **2018**
Tax Amount: **$26,660.39**
Assessed Year: **2019**
Assessed Value: **$1,801,570**
Sale Date: **10/13/2015**
Sale Amount: **$500,000**
Document Number: **977151**
Total Value: **$1,801,570**
Land Value: **$900,785**
Improvement Value: **$900,785**

**Most Current Ownership Information - 10/13/2015**

Owner: **MICHAEL JOHNS** [ View Person Record ]
Mailing Address: 🌐 **110 OSWEGO SMT, LAKE OSWEGO, OR 97035-1078 (MULTNOMAH COUNTY)**
Owner: **LARRY JOHNS** [ View Person Record ]
Mailing Address: 🌐 **110 OSWEGO SMT, LAKE OSWEGO, OR 97035-1078 (MULTNOMAH COUNTY)**
Owner: **NANCY ALM** [ View Person Record ]
Address: 🌐 **110 OSWEGO SMT, LAKE OSWEGO, OR 97035-1078 (MULTNOMAH COUNTY)**
Mailing Address: 🌐 **110 OSWEGO SMT, LAKE OSWEGO, OR 97035-1078 (MULTNOMAH COUNTY)**
Seller: **JOHNS FAMILY TRUST B**
🌐 PO BOX 2551, LYNWOOD, CA 90262 (LOS ANGELES COUNTY)
Recording Date: **09/19/2016**
Sale Date: **10/13/2015**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale**
Universal Land Use: **Light Industrial**
Property Indicator: **Industrial Light**

Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**
Title Company Name: **ATTORNEY ONLY**
Document Number: **1133976**

**Mortgage Information not available**

**Previous Ownership Information - 08/16/2011**

Owner: **LYNWOOD JH LLC**
Seller: **SIAVASH ESFANDI** [ View Person Record ]
2551 FERNWOOD AVE, LYNWOOD, CA 90262-1744 (LOS ANGELES COUNTY)
Owner Ownership Rights: **Company/Corporation**
Business Name: **LYNWOOD JH LLC**
Recording Date: **09/13/2011**
Sale Date: **08/16/2011**
Sale Amount: **$500,000**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Resale, Reo Transfer, Cash Purchase, Investor Purchase**
Universal Land Use: **Light Industrial**
Property Indicator: **Industrial Light**
Resale New Construction: **Resale**
Foreclosure: **REO - Nominal, Transfer Between Bank and FNMA, FHA, Etc..**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**
Title Company Name: **FIDELITY TITLE**
Document Number: **1239131**

Mortgage
**No Mortgage**
Recording Date: **09/13/2011**
Document Number: **1239131**
Registry Entries:
Document Type: **Foreclosure**
Document Number: **000001239131**
Transaction Type: **Resale**
Batch Id: **20110916**
Batch Sequence: **03112**
Recording Date: **09/13/2011**

**Previous Ownership Information - 04/19/2006**

Owner: **SIAVASH ESFANDI** [ View Person Record ]
Address: **392 NORCROFT AVE, LOS ANGELES, CA 90024-2526 (LOS ANGELES COUNTY)**
Mailing Address: **2551 FERNWOOD AVE, LYNWOOD, CA 90262-1744 (LOS ANGELES COUNTY)**
**392 NORCROFT AVE, LOS ANGELES, CA 90024-2526 (LOS ANGELES COUNTY)**
Seller: **SIAMAC ESFANDI**
Seller: **RASHEL ESFANDI** [ View Person Record ]
Seller: **SEPER ESFANDI**
2551 FERNWOOD AVE, LYNWOOD, CA 90262-1744 (LOS ANGELES COUNTY)
Owner Relationship Type: **Single Man**
Recording Date: **08/21/2006**

Sale Date: **04/19/2006**
Sale Code: **Sale Price (Partial)**
Absentee Indicator: **Situs Address Taken From Sales Transaction - Determined Absentee Owner**
Deed Sec Cat: **Interfamily Transfer, Resale, Cash Purchase**
Universal Land Use: **Light Industrial**
Property Indicator: **Industrial Light**
Inter Family: **Yes**
Resale New Construction: **Resale**
Residential Model Indicator: **Based On Zip Code and Value Property is Not Residential**
Title Company Name: **SERVICELINK**
Document Number: **1859704**

Mortgage
Lender: **NO LENDER ON DOCUMENT**
Lender Address: **\***
Mortgage Amount: **$900,000**
Mortgage Loan Type: **Conventional**
Mortgage Date: **12/05/2007**
Recording Date: **09/02/2010**
Document Number: **1235817**
Registry Entries:
Document Type: **Release/Recision**
Document Number: **000001235817**
Batch Id: **20100908**
Batch Sequence: **01079**
Recording Date: **09/02/2010**

| 04/29/2016 | HAGHNAZARZADEH LLC | 1312 19TH ST APT 1 |
|---|---|---|

**Clipboard**

**Print or Export**

Incorporation State: **FL**
Filing Date: **04/29/2016**
**HAGHNAZARZADEH LLC (Primary)**
Address: 🌐 **1312 19TH ST APT 1, SANTA MONICA, CA 90404-1928 (LOS ANGELES COUNTY)**
Filing Number: **L16000085626**
FEIN: **None Found**
D-U-N-S® Number: **None Found**
Filing Office Link Number: 1808321890

Corporation Type: **Corporation**
Address Type: **Mailing**
Registration Type: **Domestic Limited Liability Company**
Verification Date: **01/20/2020**
Date First Seen: **06/14/2016**
Date Last Seen: **01/24/2020**
Received Date: **01/23/2020**
Sec State Report File Date: **02/11/2019**
Filing Office Name: **STATE DEPARTMENT/CORPORATION DIVISION**
Filing Office Address: **409 E GAINES ST, TALLAHASSEE, FL 32301-2412 (LEON COUNTY)**
File Date: **01/25/2020**
Sec Status: **Active**

<u>**Corporate Officers and Directors**</u> **Map All Addresses**
**MCPEAK REAL ESTATE FIRM INC.** , Title: **Registered Agent**
 1463 OAKFIELD DR, BRANDON, FL 33511-3899 (HILLSBOROUGH COUNTY)
**BARON HAGHNAZARZADEH** , Title: **Other, AMBR** [ View Person Record ]
 1312 19TH ST APT 1, SANTA MONICA, CA 90404-1928 (LOS ANGELES COUNTY)
**FARNOUSH HAGHNAZARZADEH** , Title: **Other, AMBR** [ View Person Record ]
 1312 19TH ST APT 1, SANTA MONICA, CA 90404-1928 (LOS ANGELES COUNTY)
**HILBERT HAGHNAZARZADEH** , Title: **Other, AMBR** [ View Person Record ]
 1312 19TH ST APT 1, SANTA MONICA, CA 90404-1928 (LOS ANGELES COUNTY)

<u>**Corporate Amendments**</u>
Filing Date: **01/13/2020**
Reason: **Miscellaneous**
Description: **2020 ANNUAL REPORT FILED.**


Filing Date: **02/11/2019**
Reason: **Miscellaneous**
Description: **2019 ANNUAL REPORT FILED.**


Filing Date: **01/16/2018**
Reason: **Miscellaneous**
Description: **2018 ANNUAL REPORT FILED.**


Filing Date: **01/09/2017**
Reason: **Miscellaneous**
Description: **2017 ANNUAL REPORT FILED.**


http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=EntityName&direc
tionType=Initial&searchNameOrder=HAGHNAZARZADEH%20L160000856260&aggregateId=flal-
l16000085626-f6989834-67dc-4de8-acf7-
7cd73e0d452f&searchTerm=HAGHNAZARZADEH%20LLC&listNameOrder=HAGHNAZARZADEH%20L1600
00856260

Detail by Entity Name

Florida Limited Liability Company
HAGHNAZARZADEH LLC

## Filing Information

Document NumberL16000085626FEI/EIN NumberN/ADate Filed04/29/2016StateFLStatusACTIVE

## Principal Address

1312 19TH ST. #1
SANTA MONICA, CA 90404

## Mailing Address

1312 19TH ST. #1
SANTA MONICA, CA 90404

## Registered Agent Name & AddressMCPEAK REAL ESTATE FIRM INC.

1463 Oakfield Drive
#122
BRANDON, FL 33511

Address Changed: 02/11/2019

## Authorized Person(s) DetailName & Address

Title AMBR

HAGHNAZARZADEH, HILBERT

1312 19TH ST. #1
SANTA MONICA, CA 90404

Title AMBR

HAGHNAZARZADEH, FARNOUSH

1312 19TH ST. #1
SANTA MONICA, CA 90404

Title AMBR

HAGHNAZARZADEH, BARON

1312 19TH ST. #1
SANTA MONICA, CA 90404

## Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2018 | 01/16/2018 |
| 2019 | 02/11/2019 |
| 2020 | 01/13/2020 |

## Document Images

| | |
| --- | --- |
| 01/13/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2018 -- ANNUAL REPORT | View image in PDF format |
| 01/09/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2016 -- Florida Limited Liability | View image in PDF format |