JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br>  Plaintiff,<br><br>    v.<br><br>HAGHNAZARZADEH, LLC, et al.,<br>  Defendants. | CV 20-5989 DSF (JPR)<br><br>JUDGMENT |

  The Court having granted Plaintiff Raul Uriarte-Limon's Application for Default Judgment against Defendant Haghnazarzadeh, LLC,

  IT IS ORDERED AND ADJUDGED that Uriarte-Limon is awarded $4,000 in statutory damages and $88.25 in costs, for a total amount of $4,088.25.

  Additionally, Haghnazarzadeh is ordered to provide an accessible parking spot, sales counter, and bathroom at Spa Nails located at 1034 North Hacienda Boulevard, La Puente, California, 91744, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: January 12, 2021

               *Dale S. Fischer*
               Dale S. Fischer
               United States District Judge